IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AHMAD NASIR | CRIMINAL ACTION<br>NO. 24-298-2 |

## ORDER

**AND NOW**, this 15th day of April 2025, upon consideration of Defendant's Motion to Suppress Physical Evidence, (ECF No. 47), the Government's Response, (ECF No. 57), and following a hearing, (ECF No. 60), it is hereby **ORDERED** that Defendant's Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.